RECEIVED

FEB 1 2 2015

Legal Programs Department

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND D. SPENCER

    VS.

WILLIAM ROSSO, CHAD MENZINA, WILLIE RICHARDSON, BENJAMIN ZERINGUE, in their Individual capacities, and Burl Cain, and John Doe, in their Individual and Official capacities.

Case No:

Sec:

Mag:

SCANNED at LSP and Emailed
2|12|15 by CM . 96 pages
date    initials  No.

42 U.S.C. § 1983 Civil Action with Jury Demand, for Damages and Injunctive Relief

Submitted By:

    Edmond D. Spencer
    # 253212
    La. State Prison
    Angola, La.
    70712

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
## 42 U.S.C. § 1983

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

_Edmond D. Spencer_

253212

Inmate (DOC) number
(for mailing purposes)

(Enter above the full name of
each plaintiff in this action.)

VERSUS

_William Rosso, Chad Menzina,_
_Willie Richardson, Benjamin_
_Zeringue, Burl Cain,_
_John Doe_

(Enter above the full name of
each defendant in this action.)

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

All copies of the complaint must be identical to the original.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from you inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, P. O. Box 2630, Baton Rouge, La. 70821.

I.      Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

2. Court (if federal court, name the district; if state court, name the parish):
    _____

    _____

3. Docket number: _____

2

4. Name of judge to whom case was assigned: _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( )      No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: **Louisiana State Penitentiary, Angola, Louisiana 70712**

A. Is there a prisoner grievance procedure in this institution?

Yes (✓)      No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _LSP - 2014 - 2559_

2. What steps did you take? _First Step, Second Step, Traverse and Request for Rehearing_
_* Appeal from Disciplinary Board_

3. What was the result? _Denied_
_* Not Answered_

3

D. If your answer is No, explain why not: _____

_____

III.    Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Edmond D. Spencer_    # _253212_
   Address _La. State Prison, Angola, La. 70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _William Rosso_ is employed as
   _Captain_ at _La. State_
   _Prison, Angola, La._

C. Additional Defendants: _Asst. Warden Chad Menzina, Major_
   _Willie Richardson, Capt. Benjamin Zeringue, Warden_
   _Burl Cain, and Doctor John Doe, all employed at L.S.P._

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) I was physically assaulted by William Rosso on

5-20-14 and was seriously injured.

2.) I was taken to the prison hospital on 5-22-14

and doctor John Doe refused to see me or examine

me.

3.) I filed an A.R.P. Grievance on William Rosso

on 8-18-14.

4

4.) On 9-4-14 I was threatened by Asst. Warden Chad Menzina and Capt. William Rosso, and told to drop the A.R.P. or else.

5.) I refused to withdraw the A.R.P.

6.) I was locked up in Administrative Segregation on 9-27-14 by Capt. Benjamin Zeringue on a false disciplinary report.

7.) I went to Disciplinary Court in front of Major Willie Richardson, who again threatened me to drop my A.R.P.

8.) I refused, and Richardson sentenced me to punitive segregation in Camp J.

9.) I filed my disciplinary appeal on 10-3-14.

10.) Warden Burl Cain refuses to answer it.

11.) Burl Cain also refuses to answer other letters and complaints about my lack of proper medical care.

12.) See written §1983 Complaint - attached.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments.

Cite no cases or statutes. Attach no exhibits. *Grant relief asked for in Complaint (see attached)*

VI.   Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in courts of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief could be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _12th_ day of ___February___, 20_15_.

_____

*Edmond D. Spencer*
Signature of Plaintiff(s)

5