APPENDIX "A"

APPENDIX "A"

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2014-2559
EVACUEE:

DOC #: 253212            BACKLOG:
LAST NAME: SPENCER            FIRST NAME: EDMOND
RECORD TYPE: A     SUBJECT CODE: 0701 - USE OF PHYSICAL FORCE
INCIDENT DATE: 5/20/2014    SUBJECT TYPE :
LSP Only
LSP RESPONDENT: Camp D Warden

LSP HOUSING: CAMP D

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 08/20/2014 | 08/29/2014 | 09/30/2014 | 02-Denied |
| STEP 2: | 10/21/2014 | 10/21/2014 | 11/19/2014 | 02-Denied |

COMPLAINT: FINAL  : LETTER 8  : CLAIMS CAPT. ROSSO GRABBED HIS ALREADY INJURED ARM AND TWISTED IT BEHIND HIS BACK CAUSING SOMETHING TO POP. HE WAS LATER SEEN BY THE ORTHOPEDIC DOCTOR WHO INFORMED HIM IT WAS HIS ROTATOR CUFF.
IF REJECTED REASON:  YOUR COMPLAINT OF DISCIPLINARY MATTERS WILL NOT BE ADDRESSED. THE OTHER ISSUES IN YOUR COMPLAINT WILL BE ADDRESSED.

08/20/2014

08/20/2014

Edmond Spencer #253212
Camp D, Falcon-4

August 18, 2014

To: Warden Burl Cain

# LSP-2014-2559

Dear Warden,

This is my First Step in the Administrative Remedy Procedure.

### FACTS

1.) I was physically assaulted by Capt. William Rosso on 5-20-14, and was physically injured.

2.) Capt. Rosso tried to make me go to work in the Field, even after me showing him my out-of-field Duty Status.

3.) At that time, I was still wearing an arm-sling on my left arm for a shoulder injury from a vehicle wreck on 8-6-13.

4.) Capt. Rosso physically grabbed the strap on my arm-sling and roughly pulled and twisted my left arm behind my back, and I felt something pop in my left shoulder and intense pain.

5.) I was then taken to Hawk 1-R where I was locked up.

6.) After making several emergency medical complaints, I was finally seen by the Ortho doctor today.

7.) The Ortho doctor found that I have damage to my left rotator cuff. He gave me an injection in my left shoulder socket and ordered Physical Therapy.

### CLAIMS

1.) Abusive and Excessive Use of Force

2.) Physical Assault and Battery

3.) Physical Injury, Pain and Suffering.

(1)

ARGUEMENTS

1.) Capt. Rosso had no authority to try to force me to go to work in the Field, when I have an out-of-Field Duty Status.

2.) Capt. Rosso had no business at all physically assaulting me and ripping an arm-sling off of me that was put on me by Medical personell.

3.) I have received injury as a result of Capt. William Rosso physically assaulting me, and I have sworn statements from witnesses.

4.) I am legally entitled to damages and compensation.

RELIEF SOUGHT

1.) I want Capt. Rosso fired immediately.

2.) I want to press charges against Capt. Rosso.

3.) One million dollars in compensation and damages.

Submitted this 18th day of August, 2014.

Edmond Speucy # 253212

c.c/
Grodner Law Firm
Baton Rouge, La.

(2)

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Offender | | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|---|
| Edmond Spencer | | 253212 | 5/20/2014 | 12:10 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Falcon Checkout Gate. | Line-25 | Camp D Falcon-4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Agg. Disobediance, Agg. Work offence | #5, 28. |

10. Description of Incident (include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time Lt Captain Rosso was Conducting workcall on Falcon Unit. Offender E. Spencer #253212 Stating he could not work I then Called EMT Summers to the Checkout gate where he was cleared to go to work. I then gave this offender a direct verbal order to go to work but he flatly Refused all orders given and stated that he can not work.

RECEIVED
MAY 27 2014
LSP/RECORDS

11. Offender Placed in Adm. Seg.   [X] Yes   [ ] No

| 12. Signature of Reporting employee | 13. Name, Title, Assignment (Print) | 17. Offender's Signature: |
|---|---|---|
| William Rosso | William Rosso Captain Capt | E. Spencer |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 19. Verdict: |
|---|---|---|---|
| 5/20/2014 | 12:44 | WR | [ ] Not Guilty [X] Guilty |

18. Plea by Offender:   [X] Not Guilty   [ ] Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 5/22/14 | DOC# 112760 |

22. Motions: _____

23. Reasons for Disposition:
[X] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the Offender's.   [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.   [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   [ ] Plea bargain.
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[X] Seriousness of offense.   [ ] The need to protect the institution, employees, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
[ ] Other _____

25. Sentence:
4 wks loss Canteen
Suspended [ ] _____ Days
Imposed [X]

26. Sentence:
Suspended [ ] _____ Days
Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER          DS#:
ANGOLA, LA  70712

MEDICAL DUTY STATUS REPORT
ISSUE DATE: 4/06/2014          MEMO TYPE DATE: 5/19/2014          D FAL 4

DOC#:253212          NAME:SPENCER          , EDMOND          RACE:W
TEMPORARY DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS; INDOORS, NO LIFTING OVER
10LBS (TEN) NO PROLONGED WALKING,NO KITCHEN DUTY,NO
SPORTS,NO HOBBYCRAFT,NO RODEO X SIX (6) MONTHS

REASON:MEDICAL

TEMPORARY DUTY EXPIRES 10/06/2014     AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                              RDWR
TEMPORARY DUTY PER ORDERS OF:DR.COLLINS,M.D                    .
*************************************************************************
ISSUE DATE: 10/29/2001          MEMO TYPE DATE: 10/30/2001
PERMANENT DUTY STATUS:REGULAR DUTY

REASON:     GOOD EXAM

PER ORDERS OF:DR. BRANDON, MD          MD  Perm Duty Status Code: RD
                                           INPUT BY

CC: INMATE SIGNATURE_____
    SECURITY SIGNATURE_____
    FILE

Parish of West Feliciana                                    May 28, 2014
State of Louisiana

DECLARATION OF Freddie Marsalis #451967

I, Freddie Marsalis 451967 ————, do hereby declare under penalty of perjury the following statement; Pursuant to 28 U.S.C. 1746.

On May 20, 2014, on Falcon yard at 12:00 work call, I saw Capt. William Rosso telling Edmond Spencer to go to work in the field. Spencer showed Capt. Rosso his duty status and said he was unable to work in the field do to being handicap. Spencer was noticably wearing an arm brace that appeared to be a sling for a broken arm, he was wearning the sling on his left arm.

Capt. Rosso begin to yell in Spencer's face and grabbed the arm sling "Makeing Spencer cry out from pain" and begin to yank roughly and pulling on it untill he tore it off. Spencer's arm. Spencer doubled over in pain on one knee holding his left shoulder while Capt. Rosso stood over him insulting him with profanity. When Spencer tried to stand, Capt. Rosso told him to go pack his sh*t! Im locking you up! Weak ass hole!.

As Spencer was walking away, he was holding his left shoulder with his head down in shame tring to hide tears while other inmates and Security officers laughed at Capt. Rosso continuing to rediele Spencer.

(1.)

UERIFICATION

I Freddie Marsalis #451967 _____, do hereby declare that the foregoing statement, written by me, is true and correct, under penalty of perjury, and that I will testify under oath in a court of law to the allegations made herein. Pursuant to 28 U.S.C. 1746.

On this _28_ day of _May_ _____, 2014, at Angola, La.

s/ Freddie Marsalis

(2.)

Parish of West Feliciana
State of Louisiana

May 23, 2014

DECLARATION OF Donald Hanson 499906

I, Donald Hanson 499906, do hereby declare the following under penalty of perjury; Pursuant to 28 U.S.C. 1746.

On May 20, 2014 At 12:00 pm. work call, Falcon Gate, I witnessed Capt. Rosso grab Edmond Spencer's Armsling and rip it from his arm, Capt. Rosso Then yelled At Spencer And said go Pack your shit, I'm locked you you For A work offense.
As Spencer was walking away, He was holding his LEFt shoulder in Pain.

(1)

<u>VERIFICATION</u>

I, <u>Donald Hanson 499906</u>, do hereby declare under penalty of perjury that the foregoing statement, written by me, is true and correct. Pursuant to 28 U.S.C. 1746.

On this <u>23</u> day of <u>May</u>, 2014 at Angola, La.

Donald Hanson 499906
Donald Hanson 499906
Camp D Falcon 3
LSP
Angola, LA 70712

(2)

Edmond Spencer #253212                                    October 5, 2014
Camp D, Hawk 1-R-8

To: Warden Burl Cain

Re: Supplement to ARP# LSP-2014-2559

ADDED CLAIM OF RETALLIATION

Dear Warden Cain,

I am being retalliated against by Camp-D Security because of my refusal to withdraw my ARP that was filed because of my being physically assaulted and injured by Capt. William Rosso on May 20, 2014. (see: ARP # LSP-2014-2559)

FACTS:

I was locked up on Saturday afternoon, 9-27-14. I had just worked all night at Camp-J doing my job as a Nursing Aide, returned to Camp-D, showered, and went to sleep.

I was woke up around 2:30 p.m. by Sgt. Miles, who works the Keys on Falcon Unit, and told to get dressed and go to the gate, because Capt. Zeringue wanted me.

When I got to the gate, Capt. Zeringue told me to come with him. He then escorted me to Hawk Unit and locked me up in the dungeon. He wouldn't tell me why I was being locked up, and I've never got a copy of any write-up. When the Security Officers working on Hawk Unit asked Capt. Zeringue what I was wrote up for and locked up for, Capt. Zeringue replied: "I'll let you Know later".

I went to D.B. Court on Tuesday morning, 9-30-14, which was held by Major Richardson. He told me before the tape recorder was turned on: "Okay Spencer, you already know what this is about. That ARP you filed on Capt. Rosso." (see: ARP# LSP-2014-2559)

[1]

Major Richardson then read me a Disciplinary Report from Capt. Zeringue, in which Capt. Zeringue stated that on 9-27-14 at 2:50 p.m., that he gave me "Several Direct Verbal Orders" to get off the walk, and that I replied: "Fuck you, this ain't your walk".

Major Richardson then told me that Asst. Warden Menzena had told him to tell me that I could either drop my ARP, or that he was going to: "Fuck over me and send me to Camp-J".

Major Richardson then asked me if I wanted to drop the ARP, and I told him that I didn't want to drop it.

So then the "court process" was done, and I was sentenced to Camp-J extended lockdown for a Rule #3 and a Rule #5.

On Wednesday afternoon, 10-1-14, Sgt. Miles came to my cell on Hawk 1-R at 12:05 p.m. He said that he came to see what happened to me.

Whenever I told Sgt. Miles what had happened, what Capt. Zeringue had locked me up and then wrote me up for, and that I had been sentenced to Camp J-Extended Lockdown, Sgt. Miles shook his head and said: "That's a bunch of Bullshit! Capt. Zeringue called me and told me to send you to the gate to see him. He didn't say anything about you getting locked up. I didn't even know you were locked up until today. That's why I came to see what was going on."

I asked Sgt. Miles if he would talk to Asst. Warden Menzena about all of this, and he said that he would.

Whether he does or not, I don't know if it will make a difference, Because according to Major Richardson, Asst. Warden Menzena is the one who told him to: "Fuck over me and send me to Camp-J" because I will not drop my ARP.

(2)

## ARGUEMENT

The only reason I was on the walk to begin with was because I was woke up out of my sleep by Sgt. Miles, who told me to get dressed and go to the gate because Capt. Zeringue wanted me.

I walked straight from my dorm to Capt. Zeringue, who then escorted me straight to Hawk Unit and locked me up, without any explanation at all, to either me or to the Security Officers working on Hawk 1 + 2 side.

Capt. Zeringue lied on me and submitted a false report, and a lie detector test and/or investigation into this matter will prove this.

I am being retalliated against by LSP officers and officials for exercising my Constitutional rights to file a Grievance, and to address the Courts.

I am being unfairly punished for something that I did not do, and that in fact never happened.

## RELIEF DESIRED

In addition to the Relief asked for in my original ARP, # LSP-2014-2559, I ask for the following:

1.) I want a Lie Detector Test and/or an Investigation ordered in this matter;

2.) I want the write-up from Capt. Zeringue on 9-27-14 dismissed, and expunged from my conduct record;

3.) I want a Lateral Transfer to either Camp J Bass Dorm, or to the Main Prison East Yard; and,

4.) No further retalliation by LSP officers and officials for my ARP.

(3)

<u>AFFIDAVIT AND VERIFICATION</u>

I, Edmond Spencer # 253212, hereby swear under penalty of perjury that all allegations made by me in the foregoing Supplement to ARP # LSP-2014-2559 are true and correct, and I will testify to the same under oath in a court of law.

On this <u>5th</u> day of <u>October</u>, 2014, at Angola, La.

<u>Edmond Spencer # 253212</u>
Edmond Spencer # 253212

(4)

CASE NUMBER:  LSP-2014-2559

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  <u>SPENCER, EDMOND 253212</u>                    D FAL 4
                                                      Living Quarters

Response to request dated 08/19/2014, received in this office on 08/20/2014

In your letter of complaint dated August 18, 2014, you state that you Captain William Rosso used excessive force on  you when you refused to report to your job in the field. You further stated that you are on a duty status that prevents you from working in the field. Captain William Rosso denied your allegations. Captain Rosso stated that he did not verbally or physically abuse you in any way. Institutional Records reflect that you were issued a Disciplinary Report on May 20, 2014, for aggravated disobedience, and aggravated work offense. You appeared before the Disciplinary Board on May 22, 2014, you were found guilty and you were sentenced accordingly. You have a temporary regular duty status with restrictions. In accordance with established procedures Penitentiary Directive No. 13.063 which states in part, "Offenders may work in the field or any other location with limitations."   No evidence is found to support your allegations. Your request for Administrative Remedy is denied.

Prepared by: _____
              Chad Menzina/AWII/bag

Approved by: _____
              Joe Lamartiniere/AWIV/tdb

_____9/30/14_____                          _____
          Date                                        Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ✓ ) I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____See following pages_____
_____
_____
_____

_____10-9-14_____                 Edmond Spencer  253212
          Date                        Offender's Signature   DOC#

Edmond Spencer # 253212
La. State Prison
Angola, La. 70712

October 7, 2014

CASE NUMBER: LSP-2014-2559

I am not satisfied with the First Step Response and wish to proceed to Step Two for the following reasons:

1.) My Duty Status specifically states: "Regular Duty with Restrictions; Indoors..." (see copy attached)

Penitentiary Directive No. 13.063 does not apply in this case, and is being used out of context. Indoors means exactly that. Indoors. The field is not indoors. There is not one single inmate at LSP with this same duty status who works in the field. To even try to go out the workgate with this duty status would be a violation of the duty status, and would result in a write up for a Rule #5, Aggravated Disobedience. (see: Offender Rules and Violation Descriptions).

2.) This response fails to mention that I was wearing an arm-sling on my left arm, and also fails to mention the fact that Capt. William Rosso tore the sling from my arm when he attacked me.

3.) Capt. Rosso denies allegations of verbal and physical abuse, but I have sworn Declarations and Affidavits from two witnesses who are ready to testify under oath that Capt. Rosso did in fact attack me. Copies of these witness statements were included with my original A.R.P., and Attorney Donna U. Grodner has the originals. This response also fails to mention these witness statements.

4.) There were also reports made by the Medical Staff at R.E. Barrow Treatment Center, which include: Two E.MT's, Dr. Lavespere, Dr. Barkemeyer, and the X-ray Technician. These witnesses will also be called to testify under oath.

(1)

5.) I have been retalliated against by Camp D security for refusing to drop this A.R.P. (see attached copy of Appeal from the Disciplinary Board).

For these reasons, I wish to proceed to Step Two, and ask that relief be granted.

If not, then a §1983 suit will be filed in Federal Court.

Sincerely,

Edmond Spencer #253212

C.C/ Attorney Donna U. Grodner
Grodner Law Firm
2223 Quail Run Dr., Ste. B
Baton Rouge, La.
70808

(2)

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER:  LSP-2014-2559

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO:  SPENCER, EDMOND    253212                          LSP
        Offender Name and Number                         Living Unit

Response to Request Dated 10/09/2014, Received in this Office on 10/21/2014:

Your request for an administrative review of ARP# LSP-2014-2559 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered.  In a statement from Captain Rosso, he denies your allegations and there is no reason to doubt the credibility of this officer.  You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise.  Also, if you did not agree with the receipt of this disciplinary report, your next recourse was to submit your concerns in the form of a Disciplinary Appeal.  The Administrative Remedy Procedure is not the correct avenue of relief for addressing disciplinary matters.  The first step response prepared by the LSP staff is deemed adequate and appropriate.  As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

_____11/19/14_____                    _____
              Date                                 Secretary's Signature or His Designee

January 12, 2015

Edmond Spencer
   # 253212
La. State Prison
Angola, La.
         70712

To: Secretary James M. LeBlanc

Re: Case No: LSP-2014-2559

## TRAVERSE AND REQUEST FOR REHEARING

I request a Rehearing of this case for the below listed reasons:

1.] There is a very serious reason to doubt the credibility of Capt. William Rosso. Not only has he been accused and charged with physically assaulting inmates before, but he also has a history of alcohol abuse and a criminal record, which includes a charge of D.W.I. in which he ran over a child while driving drunk.

2.] I have provided sworn Declarations from two eyewitnesses who personally witnessed Capt. Rosso physically assault me, the doctors and EMT staff at the R.E. Barrow Treatment Center also made reports, I have had an MRI exam on my shoulder and have been given two shots into my shoulder socket by two different Orthopedic doctors, and am still going to physical therapy sessions. How much evidence do you need?

(1)

3.) I am well aware of the correct procedure for Appeal of a Disciplinary Report. This ARP was filed for Capt. William Rosso physically assaulting me and injuring me, not because he wrote me up.

For the foregoing reasons, I request a Rehearing in this case.

<u>AFFIDAVIT AND VERIFICATION</u>

I, Edmond Spencer # 253212, do hereby swear under penalty of perjury that all allegations made by me in this matter are true and correct, and I will testify to the same in a Court of Law.

On this ___12 th___ day of ___January___, 2015, at Angola, La.

Edmond Spencer # 253212

Edmond Spencer
# 253212
La. State Prison
Angola, La.

70712

(2)

APPENDIX " B"

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION:     LSP

| | | | | | |
|---|---|---|---|---|---|
| 1. | Name Of Inmate | 2. | Number | 3. Date of Incident | 4. Time Of Incident |
| | | | | | Approx. 2:55 p.m. |
| | Edmond Spencer | | 253212 | September 27, 2013 | |
| 5. | Place Of Incident | 6. Job Assignment (Inmate) | | 7. Housing Assignment (Inmate) | |
| | Falcon 4 | Nursing Aide | | Camp D Falcon 4 | |

| | | |
|---|---|---|
| 8. Rule Violation | 9. Rule Number | |
| Defiance, Aggravated Disobediance | # 3, # 5 | |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time I Captain Zeringue gave offender Edmond Spencer # 253212 several direct verbal Orders to get off the walk. He flatly refused all orders given saying "Fuck you! This ain't your walk." He was then placed in Administrative Segregation.

11. Inmate Placed in Adm. Seg.   ☒ Yes   ☐ No

12. Signature of reporting employee: _(signature)_

13. Name, Title, Assignment (Print)
Benjamin Zeringue, Captain, Camp D

| | | | |
|---|---|---|---|
| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above inmate by: _(BZ)_ | 17. Inmate's Signature _Refused BZ_ |
| 9-27-13 | 3:10 pm | | |

18. Plea by Inmate:   ☒ Not Guilty   ☐ Guilty   19. Verdict:   ☐ Not Guilty   ☒ Guilty

20. Date of Hearing: 9/30/14

21. Counsel Substitute: DOC#: 114421

22. Motions: NONE

23. **Reasons for Disposition:**

☒ Report is clear and precise.   ☐ Lack of a credible defense/little or no defense.   ☐ Based on his statement.

☒ The officer's version is determined to be more credible than the inmate's.   ☐ Pled guilty/accepted guilty plea.

☒ Only defense is denying contents of report.   ☐ The inmate presented no evidence to refute the charges.

☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.   ☐ Plea bargain.

☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.

☐ Other

24. **Reasons for Sentence:**

☒ Seriousness of offense.   ☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____.

A total of _____ # _____ rule violations since _____.

☐ Other

25. Sentence: _Custody chg to Sg Img 8_   #3+5   Suspended ☐ _____ Days   Imposed ☒

26. Sentence: _____   Suspended ☐ _____ Days   Imposed ☐

27. **DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so

_(signature)_
CHAIRMAN (DISCIPLINARY OFFICER)
_(signature)_

Edmond Spencer #253212                                         October 1, 2014
Camp D, Hawk 1-R-2

To: Warden Burl Cain
         L.S.P.

Re: Request for a Lie Detector Test

Dear Warden Cain,

You have stated numerous times on your radio station here at LSP that any inmate who challenges a Disciplinary Report and passes a Lie Detector Test will be reinstated to his original position, and the Security Officer that is found to have lied on any inmate and wrote the inmate up on false charges shall be fired.

I am writing to you now to ask that you grant my request, and hold true to your word, as a good Christian man should.

Facts:

I was locked up on Saturday afternoon, 9-27-14. I had worked all night at Camp-J doing my job as a Tier-Walker, and had just returned to Camp-D, showered, and went to sleep.

I was woke up around 2:30 p.m. by Sgt. Miles, who works the Keys on Falcon Unit, and told to get dressed and go to the gate, because Capt. Zeringue wanted me.

When I got to the gate, Capt. Zeringue told me to come with him. He then escorted me to Hawk Unit and locked me up in the dungeon. He would not tell me what I was being locked up for, and when the Security Officers working Hawk Unit asked him what I was wrote up for, Capt. Zeringue replied: "I'll let you know later."

I went to D.B. Court on Tuesday morning, 9-30-14, which was held by Major Richardson. He told me before the tape recorder was

(1)

turned on: "Okay Spencer, you already know what this is about. That A.R.P. you got filed on Capt. Rosso." (see: ARP # LSP-2014-2559).

He then read the Disciplinary Report from Capt. Zeringue, in which Capt. Zeringue stated that on 9-27-14, at 2:50 P.M., that he gave me several direct verbal orders to get off the walk, and that I replied "Fuck you, this ain't your walk."

Major Richardson then told me that Asst. Warden Menzena had told him to tell me that I could either drop my ARP, or that he was going to "fuck over me, and send me to Camp-J".

Major Richardson then asked me if I wanted to drop the ARP, and I told him that I did not want to drop it.

So then the "court" process was done, and I was sentenced to Camp-J extended lockdown for a Rule#3 and a Rule #5, Defiance and Aggravated Disobedience.

Arguements:

The only reason I was on the walk was because I was woke up out of my sleep by Sgt. Miles, who told me to get dressed and go to the gate because Capt. Zeringue wanted me.

Capt. Zeringue lied on me and submitted a false report, and a Lie Detector test will prove this.

I am being retalliated against by LSP officers and officials for exercising my Constitutional right to file a grievance, and to address the Courts.

I am being unfairly punished for something that I did not do, and that never happened.

(2)

I'm requesting to take a Lie Detector Test, and for an investigation to be conducted in this matter.

Sincerely,

Edmond Spencer #253212

Affidavit and Verification

I, Edmond Spencer #253212, hereby swear under penalty of perjury that all allegations made by me in the foregoing statement are true and correct, and I will testify to the same under oath in a Court of law.

On this 1st day of October, 2014, at Angola, La.

Edmond Spencer #253212
Edmond Spencer #253212

C.C/  Attorney Donna U. Grodner
Grodner Law Firm
Baton Rouge, La.

Office of Risk Management

La. Attorney General's Office

(3)

Edmond Spencer #253212

02 October 2014

Camp D, Hawk 1-R-2

To: Warden Burl Cain

Re: Request for a Lie Detector Test

Dear Warden Cain,

I mailed you a request for a lie detector test yesterday. I have now received new information that needs to be added and considered.

Sgt. Miles came to my cell at 12:05 p.m. yesterday. He said that he came to see what happened to me.

Sgt. Miles was working the keys on Falcon Unit this past Saturday when I got locked up. He is the one who woke me up from my sleep, told me to get dressed, and go to the gate because Capt. Zeringue wanted me.

Whenever I told Sgt. Miles what had happened, what Capt. Zeringue had wrote me up for, and that I had been sentenced to Camp J extended lockdown, Sgt. Miles shook his head and said: "That's bulls___! Capt. Zeringue called me and told me to send you to the gate to see him. He didn't say anything about you getting locked up."

I asked Sgt. Miles if he would talk to Asst. Warden Menzena about all of this, and he said that he would.

Whether he does or not, I don't think it will matter, because according to Major Richardson, Asst. Warden Menzena is the one who told him to: "Fu__ over me and send me to Camp J" because I will not drop my A.R.P. (ARP# LSP-2014-2559).

I am asking you again Warden Cain, for an investigation into this matter, and to take a lie detector test.

Sincerely,

E. Spencer

c.c. • Attorney Donna U. Grodner
     Grodner Law Firm,
     Baton Rouge, La.
   • Office of Risk Management
   • La. Atty. General's Office

(1)

AFFIDAVIT AND VERIFICATION

I, Edmond Spencer #253212, hereby swear under penalty of perjury that all allegations made by me in the foregoing statement are true and correct, and I will testify to the same under oath in a court of law.

On this 2nd day of October, 2014, at Angola, La.

Edmond Spencer # 253212

Edmond Spencer # 253212

(2)

Edmond Spencer
  #253212
La. State Prison
Angola, La.   70712

January 13, 2015

To: Secretary James M. Leblanc

Re: Disciplinary Appeal

Dear Secretary Leblanc,

The following is a copy of my Appeal From The Disciplinary Board, which was filed in Warden Burl Cain's office on October 3, 2014. As of today's date, my Appeal has not been answered, and no request for a time extension has ever been filed by the Warden's Office.

Since the time limitations for both have clearly expired, I ask that you Grant my Relief asked for in my Appeal.

Sincerely,

Edmond Spencer

## APPEAL FROM THE DISCIPLINARY BOARD

APPELLANT: Edmond Spencer #253212        DATE OF REPORT: 9-27-14

ORIGINAL CHARGE: Rule 3 + Rule 5        DATE OF HEARING: 9-30-14

CHARGE FOUND GUILTY OF: Rule 3 + Rule 5    LOCATION OF HEARING: Hawk

BOARD MEMBERS: Major Richardson, and    SENTENCE IMPOSED: Camp-J
Classification Officer                  Management Program
COUNSEL:      114421                    SENTENCE IMPOSED:   Yes

                                        PLEA:   Not Guilty


### ISSUES

I was locked up on Saturday afternoon, 9-27-14. I had just worked all night at Camp-J doing my job as a Nursing Aide, returned to Camp-D, showered, and went to sleep.

I was woke up around 2:30 p.m. by Sgt. Miles, who works the keys on Falcon Unit, and told to get dressed and go to the gate, because Captain Zeringue wanted me.

When I got to the gate, Capt. Zeringue told me to come with him. He then escorted me to Hawk Unit and locked me up in the dungeon. He would not tell me what I was being locked up for, and I never got a copy of the write up. When the Security officers working Hawk Unit asked him what I was wrote up and locked up for, Capt. Zeringue replied: "I'll let you know later."

I went to D.B. Court on Tuesday morning, 9-30-14, which was held by Major Richardson. He told me before the tape recorder was turned on: "Okay Spencer, you already know what this is about. That A.R.P. you got filed on Capt. Rosso." (See: ARP # LSP-2014-2559)

(1)

Major Richardson then read me the Disciplinary Report from Captain Zeringue, in which Capt. Zeringue stated that on 9-27-14 at 2:50 p.m., that he gave me several Direct Verbal Orders to get off the walk, and that I replied: "Fuck you, this ain't your walk."

Major Richardson then told me that Asst. Warden Menzena had told him to tell me that I could either drop my ARP, or that he was going to "Fuck over me and send me to Camp-J."

Major Richardson then asked me if I wanted to drop the ARP, and I told him that I did not want to drop it.

So then the "court" process was done, and I was sentenced to Camp-J extended lockdown for a Rule #3 and a Rule #5.

On Wednesday afternoon, 10-1-14, Sgt. Miles came to my cell at 12:05 p.m. He said that he came to see what happened to me.

Sgt. Miles was working the keys on Falcon Unit on 9-27-14, and he is the one who woke me up from my sleep, told me to get dressed, and to go to the gate because Capt. Zeringue wanted me.

Whenever I told Sgt. Miles what had happened, what Capt. Zeringue had locked me up and then wrote me up for, and that I had been sentenced to Camp-J Extended Lockdown, Sgt. Miles shook his head and said: "That's Bullshit! Capt. Zeringue called me and told me to send you to the gate to see him. He didn't say anything about you getting locked up. I didn't even know you were locked up until today. That's why I came to see what was going on."

I asked Sgt. Miles if he would talk to Asst. Warden Menzena about all of this, and he said that he would.

Whether he does or not, I don't know if it will make a difference, because according to Major Richardson, Asst. Warden Menzena is the one who told him to: "Fuck over me and send me to Camp-J" because I will not drop my ARP. ( ARP # LSP-2014-2559).

(2)

## ARGUEMENT

The only reason I was on the walk to begin with was because I was woke up out of my sleep by Sgt. Miles, who told me to get dressed and go to the gate because Capt. Zeringue wanted me.

I walked straight from my dorm to Capt. Zeringue, who then escorted me straight to Hawk Unit and locked me up, without any explanation at all, either to me or the Security Officers working on Hawk 1 + 2 side.

Capt. Zeringue lied on me and submitted a false report, and a lie detector test and/or investigation into this matter will prove this.

I am being retalliated against by LSP Officers and Officials for exercising my Constitutional rights to file a Grievance, and to address the Courts.

I am being unfairly punished for something that I did not do, and that in fact never happened, which also violates the U.S. Constitution.

## RELIEF DESIRED

1.) I want a Lie Detector Test and/or an Investigation ordered in this matter;

2.) I want the write-up from Capt. Zeringue on 9-27-14 dismissed, and expunged from my conduct record;

3.) I want a Lateral Transfer to either Camp J Bass dorm, or to the Main Prison East Yard; and,

4.) No further retalliation by LSP officers and officials for my ARP. (ARP # LSP-2014-2559).

(3)

Date Of Appeal: <u>October 3, 2014</u>

Submitted By: <u>Edmond Spencer</u>

Number: <u>253212</u>    Location: <u>Camp D, Hawk 1-R-8</u>

AFFIDAVIT AND VERIFICATION

I, Edmond Spencer # 253212, hereby swear under penalty of perjury that all allegations made by me in the foregoing Appeal are true and correct, and I will testify to the same under oath in a court of law.

On this <u>3rd</u> day of <u>October</u>, 2014, at Angola, La.

<u>Edmond Spencer # 253212</u>
Edmond Spencer # 253212

(4)

APPENDIX " C "

010089

**Form HC-01-A**
**14 September 2009**                    Health Care Request Form        Institution ___LSP___

Edmond Spencer   253212   45   Falcon-4        L/D
Name _____   DOC # ___   Age   Housing ___   Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** My left
shoulder was re-injured on 5-20-14 when I was physically assaulted by Capt. William
Rosso. Dr. Lavespere ordered Physical Therapy on 6-4-14 and Dr. Barkeymeyer ordered
an MRI on 6-12-14. I still haven't seen anyone. I'm in constant pain and unable to
use my left arm. I want to be sent to an outside hospital for examination.

**Healthcare Personnel Screening:** Date: _____   Time: _____   Location Seen: _____

(Circle One): (Emergency) Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____
                          **Total #:** _____

**Screener's Signature:**

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

                                                        mailed to LSP Warden
Edmond Spencer        253212        6-26-14        Burl Cain
Offender Signature    DOC #         Date           Witness Signature

        Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

c.c./ Grodner Law Firm, Baton Rouge, La.

Edmond Spencer # 253212

Camp D, Falcon- 4

TO: Asst. Warden S. Lamartinere

R.E. Barrow Treatment Center

Re: Request for Outside Medical Examination

Dear Asst. Warden,

My left shoulder was re-injured on 5-20-14 when I was physically attacked and assaulted by Capt. William Rosso.

On 6-4-14, Dr. Lavespere ordered Physical Therapy and an appointment with Ortho.

On 6-12-14, Dr. Barkemeyer ordered an MRI.

As of today's date, I still haven't seen anyone. I am in constant pain and unable to use my left arm.

I want to be sent to an outside hospital for a full and professional medical examination and treatment for my injuries.

Sincerely,

E. Spencer

C.C./ Attorney Donna U. Grodner
         Grodner Law Firm
         Baton Rouge, La.

Edmond Spencer
#253212
Camp D, Falcon-4

Sept. 8, 2014

To: Warden Burl Cain
L.S.P.

Dear Warden,

I was physically assaulted and injured by Capt. William Rosso on 5-20-14. I have filed an ARP and I have eyewitnesses to this assault. I have already saw 3 doctors since this incident, and all 3 doctors have said the same thing: that I have damage to my left Rotator Cuff, and that I need Physical Therapy and possible shoulder surgery.

These 3 doctors, including the Ortho Doctor from Tulane, have all ordered Physical Therapy. I still haven't had any.

I have been sending letters and emergency medical requests to Asst. Warden S. Lamartinere about this Physical Therapy, and my letters have gone unanswered.

I'm asking that you personally check into this problem, and see why I am not getting the Physical Therapy treatment that has been ordered 3 times by 3 different doctors.

Sincerely,

E. Spencer

Copy this to: Grodner Law Firm
Baton Rouge, La.

012911

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**          Institution: _LSP_

Edmond Spencer    253212    45    Fal-4    40 indoors
Name _____    DOC# ____    Age ____    Housing ____    Job Assignment: ____

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:** I was physically assaulted by Capt. William Rosso on 5-20-14, and was injured. Both Dr. Lavespere and the Ortho Doctor from Tulane ordered Physical Therapy. I still haven't had any. I need the treatment for my injuries that has been ordered by the Doctors.

**Health Care Personnel Screening:**  Date: _____  Time: _____  Location Seen: _____

(Circle One) (Emergency) / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____ Total #: _____

Screener's Signature: _____

☐ No Fees  ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

mailed to:

Edmond Spencer    253212    9-8-14    Warden Burl Cain,
Offender's Signature    DOC#    Date    Witness Signature
                                                LSP

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Edmond Spencer
253212
Camp D, Falcon-4

Sept. 4, 2014

To: Warden Burl Cain

LSP

Re: Emergency

Dear Warden,

After my left shoulder was re-injured on 5-20-14, I was given an MRI exam, and Physical Therapy was ordered by 3 different doctors. Following the physical Assault by Capt. William Rosso on 5-20-14, which led to my being re-injured, Dr. Lavespere, Dr. Macmurdo, and the Ortho Doctor from Tulane in New Orleans, have all ordered that I receive Physical Therapy for my injuries. As of today's date, I have not been properly treated for my injuries.

I saw Dr. Macmurdo yesterday at the Camp D Clinic. After reading the results of my recent MRI exam, he said that I have intensive injury and damage to my left shoulder, which was made far worse by Capt. Rosso's assault on 5-20-14.

I asked why I haven't been sent to Physical Therapy yet, and Dr. Macmurdo said that it's because " we only have one guy that comes one day a month... it may take several Months for you to receive the Physical Therapy. "

I'm writing to you now to request to be sent to an outside hospital, where I can be properly, proffessionally, and timely treated for my injuries.

I did not ask to be Assaulted and Injured by Capt. William Rosso on 5-20-14. And I shouldn't be denied proper medical treatment just because LSP "only has one guy that comes one day a month..".

I am in constant pain and suffering from what the LSP version of an Ortho doctor, Dr. Macmurdo, describes as a "chronic injury."

Please send me to an outside hospital for treatment.

Sincerely,

E. Spencer

013354

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**        **Institution:** _LSP_

Name: _Edmond Spencer_  DOC#: _253212_  Age: _45_  Housing: _Fal-4_  Job Assignment: _4D indoors_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:** _I was told by Dr. Macmurdo on 9-24-14 that it may take several months before I'm able to get physical therapy and medical treatment for my injuries. I want to be sent to an outside hospital for proper and timely treatment_

**Health Care Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One) (Emergency) / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ **Total #:** _____

Screener's Signature:

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.  _mailed to:_

_Edmund Spencer_       _253212_       _9-25-14_       _Warden Burl Cain_
Offender's Signature       DOC#       Date       Witness Signature   _LSP_

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

Edmond Spencer
#253212
Camp D, Hawk 1-R-8

To: Warden Burl Cain

Re: Request to file Charges

Dear Warden,
I was physically attacked and assaulted by Capt. William Rosso on 5-20-14, and was injured as a result of the assault.
Medical records and examinations by Dr. Lavespere, Dr. Macmurdo, and the Ortho specialist from the hospital in New Orleans document and support these allegations.

I am once again requesting that you contact the Sheriff's Office in this parish, because I want to file charges against Capt. Rosso for Assault and Battery. And I have a Constitutional right to do so.
Denying this request or attempting to cover up this physical assault will result in a violation of both State and Federal laws, and will further result in a lawsuit being filed against the Louisiana State Penitentiary, as well as Capt. William Rosso.
I wish to speak with the police about Capt. Rosso's assault, and I have a right to do so.

Sincerely,
E. Spencer

c.c./  Attorney Donna U. Grodner
Grodner Law Firm
Baton Rouge, La.

Edmond Spencer
#253212
Camp D, Hawk 1-R-8

To: Warden Burl Cain
L.S.P.

Re: Refusal of Medical Treatment by
LSP Medical Staff

Dear Warden Cain,

As you already know, I was physically assaulted by Capt. William Rosso on May 20, 2014, and my left shoulder was re-injured by Capt. Rosso, when he ripped and tore my arm-sling from off of my left arm.

I have been examined by 3 different doctors: Dr. Lavespere, Dr. Macmurdo, and the Ortho Specialist from the hospital in New Orleans, and all 3 doctors have ordered Physical Therapy for my left shoulder.

Asst. Warden Stephanie Lamartinere, and the LSP medical staff, refuse to send me for this physical therapy. I have been writting letters to Asst. Warden S. Lamartinere, and have been making medical complaints to the LSP medical staff for almost 5 months now about not reckiving the physical therapy, and my letters and complaints have gone unanswered and ignored.

I am bringing this problem to your attention once again, and asking that you instruct your Asst. Warden at R.E. Barrow Treatment Center to provide me with the medical treatment for my injuries, that has already been ordered by 3 doctors.

Sincerely,

E. Spencer

c.c/ Attorney Donna U. Grodner
Grodner Law Firm
Baton Rouge, La.

Edmond Spencer #253212
Camp J, Gator 3-L-4

October 20, 2014

To: Warden Burl Cain
Re: Assault and Injury by LSP Security

Dear Warden,

I was physically assaulted by Capt. William Rosso on 5-20-14. My already injured left shoulder was re-injured by Capt. Rosso. I was later seen by Dr. Lavespere, Dr. Macmurdo, and had an MRI exam of my left shoulder. Dr. Macmurdo said that the MRI showed damage to my ligaments and tendons in my shoulder.

I have already wrote to you numerous times asking for a lie detector test, and for you to contact the local police, because I wish to file charges against Capt. William Rosso.

Camp D Security, led by Asst. Warden Menzina, locked me up in the dungeon on a false disciplinary report, and then sent me to Camp J Lockdown because I would not drop the ARP that I filed against Capt. Rosso. (LSP-2014-2559).

This ARP has now reached the Second Step. And my attorney, Donna Grodner, is waiting to take it from there and file a lawsuit. And I'm sending her copies of all of my letters sent to you, asking to file charges against Capt. Rosso.

I'm asking you once again to contact the local police, because I want to press charges against Capt. William Rosso.

C.C/ Attorney Donna U. Grodner
      Grodner Law Firm
      Baton Rouge, La.

Sincerely,

E. Spencer

Edmond Spencer
#253212
Camp J, Gator 3-L-4

October 30, 2014

To: Asst. Warden Stephanie Lamartinere
R.E. Barrow Treatment Center
L.S.P.

Re: Emergency Medical Complaint

Dear Asst. Warden,

I'm writing to ask you to please schedule an appointment for me with the Doctor. I need to see the Doctor A.S.A.P.

Since I was physically assaulted and injured on 5-20-14 by Capt. William Rosso, the pains in my left shoulder, upper back, and neck, have gotten worse. The muscle relaxer that I've been taking for the past year is no longer working.

I also have increasing pain in my left arm, and my left hand is numb most of the time. Sometimes I can't open and close my left hand.

I saw the Ortho Doctor from the hospital in New Orleans almost 3 months ago, and he ordered Physical Therapy treatment.

I have never got the Physical Therapy. I've already asked you to send me to an outside hospital for treatment, and you have denied my request.

So please at least allow me to see the Doctor here at Angola. Maybe he can at least give me some medication that will stop the pain. I can't go on living in pain like this. Please help me.

Sincerely,

Edmond Spencer

Edmond Spencer  #383212                          October 31, 2014
Camp J, Gator 3-L-4

To: Trish Foster
Legal Programs
L.S.P.

Dear Ms. Foster,

Please give me a status update on my Appeal from the Disciplinary Board, that I mailed to both you and Warden Cain on 10-3-14.

Thank You,
E. Spencer

Edmond Spencer #xxxxxx
Camp J, Gator 3L-4

November 2l, 2014

To: Trish Foster
Legal Programs
L.S.P.

Re: Appeal from Disciplinary Board

Dear Mrs. Foster,

   I sent my Appeal to both Warden Burl Cain, and to Legal Programs, on October 3, 2014. I have not yet received an answer. Please give me a status update on my Appeal.

Thank You,

E. Spencer

January 28, 2015

Edmond Spencer
253212
Gator 3-L-4

To: Warden Burl Cain
L.S.P.

Dear Warden Cain,

I'm once again writting to you and asking for your help. As you well know, I was attacked and injured by Capt. William Rosso on 5-20-14. I have wrote you numerous times, asking you to contact the local police because I want to press criminal charges against Capt. Rosso for 2nd degree battery. I am now asking you again to do this.

Also, and again as you well know, I was locked up at Camp D and sentenced to Camp J extended lockdown because I refused to withdraw my ARP that I filed on Capt. Rosso. I have wrote to you asking to take a lie detector test, and for an investigation into this matter.

I have also filed my Disciplinary Appeal in your office over 3 months ago, and you have failed to answer. I am now asking you again for a lie detector test and an investigation into this matter.

I have also been sending you letters and medical complaints for over 7 months now, asking to be properly treated for my serious injuries. Several doctors and physical therapists have all asked

(1)

that I be given an MRI exam of my neck and back, but your assistant warden, Stephanie Lamartinere, refuses to allow me to be tested.

Why are you ignoring me? Would you rather me file a lawsuit and put you on the stand in Federal Court and have you answer this question to a Judge and jury?

If you still refuse to answer my letter and address my complaints then you leave me no choice.

Sincerely,

E. Spency

(2)