UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

EDMOND D. SPENCER

VERSUS

WILLIAM ROSSO, ET AL

CIVIL ACTION NUMBER:
15-0078-JWD-RLB

MAGISTRATE: RICHARD L. BOURGEOIS, JR.

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that the defendants, in addition to the Discovery materials already ordered by this Court on March 16, 2015, to produce the documents listed below within 30 days, by providing the plaintiff with copies:

1.) Any and all grievances, complaints, or other documents received by defendant Burl Cain, Warden, or his agents, concerning the mistreatment of inmates by Defendants William Rosso, Chad Menzina, Willie Richardson, and Benjamin Zeringue, and any memoranda, investigative files, or other documents created in response to such complaints, since January 1, 2010.

2.) Any and all policies, directives, or instructions to staff concerning the use of force by Louisiana State Penitentiary staff.

(1.)

3.) All sick-call request sheets from May 20, 2014, to the date of your response.

4.) The plaintiff's complete medical records from May 20, 2014 to the date of your response.

5.) Any and all documents created by any L.S.P. staff member or any other Department of Corrections employee or official in response to plaintiff's complaints, that he was beaten and injured by Defendant William Rosso, that he made at the R.E. Barrow Treatment Center on May 22, 2014.

6.) Any and all documents, including but not limited to, use of force reports, created by any L.S.P. staff member or any other D.O.C. employee or official concerning any use of force incidents involving the plaintiff on or about May 20, 2014, or any investigation or action concerning that incident.

July 9, 2015

Edmond D. Spencer

Edmond D. Spencer # 253212
La. State Prison
Angola, La.
          70712

(2.)