UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND D. SPENCER

VERSUS

WILLIAM ROSSO, ET AL

CIVIL ACTION NUMBER:

15-0078-JWD-RLB

MAGISTRATE: RICHARD L. BOURGEOIS, JR.

## PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and provide the plaintiff with each of the requested documents.

1.) State the duties of defendant Burl Cain, Warden of the Louisiana State Penitentiary (L.S.P.), insofar as they pertain to providing medical care to prisoners or transportation of prisoners to medical appointment or facilities. If those duties are set forth in any job description or other document, produce the document(s).

2.) State the names, titles, and duties of all staff members who have a responsibility for scheduling prisoner's medical

(1.)

appointments outside the prison, for arranging transportation to medical appointments outside the prison, and for evaluation requests for specialized treatment or evaluation. If those duties are set forth in any job description or any other document, produce the document(s).

3.) State the names, titles, and duties of all staff members at L.S.P., other than defendant Burl Cain, who have responsibility for ensuring that inmates' requests for medical attention are responded to. If those duties are set forth in any job description or other document, produce the document(s)

4.) State the name, title, and rank of the female E.M.T. that made sick-call rounds on Camp D, Hawk 1-R on May 22, 2014, and produce the report that she made in response to plaintiff's complaint that he was physically assaulted and injured by defendant William Rosso on May 20, 2014. This female E.M.T. made a written report on May 22, 2014 at the R.E. Barrow Treatment Center.

5.) State the name of the L.S.P. Doctor who was working in the emergency room at the R.E. Barrow Treatment Center on May 22, 2014, and produce any and all medical reports or any other investigative reports that were made by this "John Doe" Doctor, in response to plaintiff's complaint that he was beaten and injured by defendant William Rosso on May 20, 2014.

(2)

6.) State the name of the X-ray Technician who attempted to x-ray the plaintiff's left shoulder on May 22, 2014, and produce any and all reports made by this technician in response to plaintiff's complaint that he had been beaten and injured by defendant William Rosso on May 20, 2014.

7.) State the names, titles, and duties of all staff members at L.S.P. who have responsibility for responding to, and investigating or deciding inmate grievances. If those duties are set forth in any job description, policy directive, or other document, produce the document(s).

July 9, 2015

Edmond D. Spencer

Edmond D. Spencer # 253212
La. State Prison
Angola, La.
          70712

(3.)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

Edmond D. Spencer

vs.

William Rosso, Et Al

No: 15-0078-JWD-RLB

Mag: Richard L. Bourgeois, Jr.

### VERIFICATION AND CERTIFICATE OF SERVICE

I, Edmond D. Spencer, Plaintiff, hereby swear under penalty of perjury that all allegations made by me in the foregoing are true and correct to my information and belief.

I Certify that on the 9th day of July, 2015, the foregoing Plaintiff's Opposition to Defendants Motion to Stay Discovery, Plaintiff's First Request for Production of Documents, and Plaintiff's Interrogatories and Request for Production of Documents have been filed by placing in the Federal Mail-box.

I Further Certify that a copy of the foregoing has been served on the defendants, using the Prison Legal Mail System, with sufficient first class postage pre-paid, on this 9th day of July, 2015, as follows:

James D. "Buddy" Caldwell
Attorney General, Louisiana
P.O. Box 94005
Baton Rouge, La.
70804-9005

*Edmond Spencer*

Edmond Spencer #253212