BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana .

### Department of Public Safety and Corrections
### Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

### DB Report date 05/20/2014 by William Rosso

Connie M⁻Cann

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 8|7|15

Edmond Spencer #253212 Case



Attachment
4

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP    HWKHR

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Edmond Spencer | 253212 | 5/20/2014 | 12:10 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Falcon Checkout Gate | Line-25 | Camp D Falcon-4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Agg. Disobediance, Agg. Work offence | #5, 28. |

10. Description of Incident (include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time I Captain Rosso was Conducting work call on Falcon Unit. Offender E Spencer #253212 Stated he could not work I then called EMT Summers to the checkout gate where he was cleared to go to work. I then gave this offender a direct verbal order to go to work but he flatly Refused all orders given and stated that he can not work.

RECEIVED
MAY 27 2014
LSP/RECORDS

11. Offender Placed in Adm. Seg.  ☒ Yes  ☐ No

| 12. Signature of Reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Will Rosso | William Rosso Captain Capt |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 5/20/2014 | 12:44 | WR | E. Spencer |

18. Plea by Offender: ☐ Not Guilty  ☒ Guilty    19. Verdict: ☐ Not Guilty  ☒ Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 5/22/14 | DOC# 112760 |

22. Motions:

23. Reasons for Disposition:
☒ Report is clear and precise.     ☐ Lack of a credible defense/little or no defense.     ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.     ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.     ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.     ☐ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☒ Seriousness of offense.     ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
     A total of _____ # _____ rule violations since _____.
☐ Other _____

25. Sentence:    4 w/c loss Canteen     Suspended ☐ _____ Days     Imposed ☒

26. Sentence:     Suspended ☐ _____ Days     Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)