RECEIVED

SEP 0 1 2015

Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCANNED at LSP and Emailed
9/1/15 by CM , 5 pages
date        Initials   No.

EDMOND D. SPENCER

VERSUS

WILLIAM ROSSO, ET AL

CIVIL ACTION NO:

15-0078-JWD-RLB

## PLAINTIFF'S INTERROGATORIES DIRECTED TO
## DEFENDANT BURL CAIN, WARDEN

Pursuant to Rule 33, Fed. R. Civ. P., Plaintiff submits the following interrogatories, to be directed to defendant Burl Cain. You are directed to answer each of the interrogatories in writting and under oath:

1.) State the names of your correctional officers at the Louisiana State Penitentiary (L.S.P.) who have been fired for beating, assaulting, injuring, and/or retaliating against inmates during your time as Warden of L.S.P.

2.) State the names of your correctional officers at L.S.P. who have been sentenced to prison sentences in both state and federal prison for beating, assaulting, injuring, murdering, and/or retaliating against inmates during your time as Warden of L.S.P.

3.) State the names, titles, and rank of any and all of your correctional officers currently employed at L.S.P. that have been charged under either federal or state law for beating, assaulting, injuring, and/or retaliating against inmates

(1.)

during your time as Warden of L.S.P.

4.) State the names, titles, and rank of any and all of your correctional officers that are currently still employed at L.S.P. who are currently serving either state or federal probation time for suspended prison sentences for beating, assaulting, injuring, and/or Malfeasance in Office involving the mistreatment of inmates, during your time as Warden of L.S.P.

5.) During your time as Warden of L.S.P., state the names of all inmates who have filed A.R.P. grievances, complaints, and/or lawsuits in either federal or state court, against your correctional officers because of being beaten, assaulted, injured, and/or retalliated against by your correctional officers.

6.) State your reason(s) that you have refused to answer the plaintiff's numerous requests for help, which plaintiff made to you after being subjected to Excessive use of Force, injury, and retalliation by the defendants named in this civil action.

September 1, 2015

Edmond D. Spencer

Edmond D. Spencer #253212
La. State Prison
Angola, La.
70712

(2.)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed by placing in the Federal Mailbox.

I further certify that a copy of the foregoing has been served upon counsel for the defendants, via the prison legal mail system, with sufficient U.S. First Class postage pre-paid, and correctly addressed as follows:

James D. "Buddy" Caldwell
La. Attorney General
P.O. Box 94005
Baton Rouge, La.
70804

On this  1st  day of  September, 2015, at Angola, La.

Edmond D. Spencer

Edmond D. Spencer # 253212
La. State Prison
Angola, La.
70712

(3.)