UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDMOND SPENCER (#253212)** | **CIVIL ACTION** |
| **VERSUS** | |
| **WILLIAM ROSSO, ET AL.** | **NO. 15-78-JWD-RLB** |

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued December 10, 2015 to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (R. Doc. 11) is denied.

Signed in Baton Rouge, Louisiana, on <u>January 4, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**