BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Camp D Falcon Hall Logbook date 9/26 – 9/27/2014

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 2/11/16

Edmond Spencer #253212 Case



STATE'S
EXHIBIT
1

Blumberg No. 5138

247

OFFICER NAME: _Lt. Charlie Weller_    SHIFT _D_

DATE: _9-26-14_    Falcon Hall

| TIME | OFFICER ENTRY |
|---|---|
| 2:30 A | Made round all secure |
| 3:00 A | Cleared count with Bellyport 370 |
| | Lt. Williams made round in Dorm |
| 3:30 A | Made round all secure |
| 3:45 A | Cleared count with Bellyport 370 |
| 4:50 A | Made round all secure |
| 5:?? | Relieved by B-Team officer Cpl Charlie Weller |
| | |
| | Falcon Hall B-Team Saturday 9/27/14 Sgt. J. Miles |
| 5:2?A | Relieved D-Team officer of all duties and equipment |
| | Received (1) beeper keys D-97 & D-110 & (1) fully charged fire |
| | extinguisher, (1) led light, (1) logbook, first aid kit, (1)???, handcuffs |
| | MSDS Sheets, Post Orders + Posted Policies read and understood |
| 5:28A | Beeper check good with E-bldg |
| 6:0?A | Cleared count with Bellyport of (378) |
| 6:0?A | Chow called for dorm |
| 6:3?A | Made rounds all normal |
| 7:2?A | Made rounds all secure |
| | |
| 8:3?A | Made rounds all secure |
| 9:3?A | Made rounds and counted and verified, Closed yard |
| | down for count |
| 10:00A | Made rounds and counted all secure |
| 10:2?A | Cleared count with Bellyport of (374) |
| 11:00A | Made rounds all secure |
| 12:00P | Made rounds all secure |
| 1:00P | Made rounds all secure |
| | |
| 2:00P | Made rounds all secure |
| 2:3?P | Made rounds and counted and verified |
| 3:00P | Contemp count cleared with unit |
| 3:?P | Cleared count with bellyport of 373 |
| | Cont'd on Next Page |

248

OFFICER NAME: _____     SHIFT _B-Team_

DATE: 9/27/14                    Falcon Hall

| TIME | OFFICER ENTRY |
|------|---------------|
| 4:00p | Made rounds all secure |
| 5:00p | Made rounds all secure |
| 5:00p | Relieved of all duties |
| | B-Team |
| 5:30pm | Relived B-Team officers of all duties |
| | and equipments |
| | |
| | |
| | |
| 6:00pm | Made round all secure |
| | |
| | Checked Back Door |
| 6:30pm | Made round |
| 6:50p | |
| | Lt Col Cazelot & Capt Cavalier Making Rounds |
| 6:50pm | Cleared count with daily list 356 |
| | |
| 7:30p | Made round |
| 7:55p | Cleared count with daily list 370 |
| | Capt Cavalier on Unit inspected inside |
| | perimeter fence all zones activated |
| 8:30p | Made round in |
| 8:50p | Cleared count with daily list 320 |
| 9:30p | Made round in |
| 10:10p | Cleared Bld count with daily list F-1 22-w |
| | 10 B F-2 18w 27 B F-3 18w 73-B F-4 9w |
| | 64 B 68 w 304 B Total 372 |
| 10:30p | Made round |
| 10:50p | Cleared count with daily list 370 |
| | |
| 11:30p | Made round all secure |
| 11:30p | Made round in |
| 11:55p | Cleared count with daily list 364 |
| 12:30Am | Made round all secure |