Case 3:15-cv-00078-JWD-RLB    Document 94    03/02/16    Page 1 of 3

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDMOND SPENCER (DOC# 253212) | : CIVIL ACTION |
| | : NUMBER: 15-00078 |
| VERSUS | |
| | : JUDGE JOHN W. deGRAVELLES |
| WILLIAM ROSSO, ET AL | : MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**************************************************************************************
*

## DEFENDANT BURL CAIN RESPONSE TO PLAINTIFF'S SECOND INTERROGATORIES
### (Rec. doc. 30)

NOW INTO COURT, through undersigned counsel come defendants, BURL CAIN , who respectfully responds to Plaintiff's Request for Productions of Documents as follows:

**REQUEST FOR PRODUCTION NO. 1:** State the names, titles, and duties of any and all person(s) that the defends intends to use as expert witnesses, and/or intend to qualify as expert witnesses, and/or intend to qualify as experts to obtain opinion testimony from, and produce all of the information and documents that Rule 26 (a) (2) requires the defendants to produce. see: Rule 26(a)(2), Fed R. Civ. P.

**RESPONSE TO PRODUCTION NO. 1:** No personal knowledge

**REQUEST FOR PRODUCTION NO. 2:** State the names, titles, and duties of all medical personnel working in the ATU at R.E. Brown Treatment Center on the night of September 22, 2013, including the two EMT's who came to CBC and transported plaintiff

to ATU by ambulance.  Produce copies of any and all reports made about this incident.

**RESPONSE TO PRODUCTION NO. 2:** No personal knowledge

**REQUEST FOR PRODUCTION NO. 3:** State the names, titles, and duties of the EMT's

who were working on the nights shift in The ATU at the R.E. Barrow Treatment Center,

Between the dates of August 6, 2013, and September 20, 2013, who saw the plaintiff after

he made a Self Declared Emergency and was taken by wheelchair from CBC to the ATU,

where he received two pain shots and was fitted with  an arm-sling on his eft arm.

Produce any and all records and documents related to this incident.

**RESPONSE TO PRODUCTION NO. 3:** No personal knowledge

BURL CAIN

**SWORN TO AND SUBSCRIBED** before me, Notary Public, at West Feliciana

Parish, Louisiana, and this 29 day of, February , 2016.

EX-OFFICIO NOTARY PUBLIC #77912

Respectfully Submitted,

Jeff Landry
**ATTORNEY GENERAL**

BY:      /s/ Tunde M. Animashaun
         **TUNDE M. ANIMASHAUN**
         **ASSISTANT ATTORNEY GENERAL**
         **Bar Roll # 19287**
         **LOUISIANA DEPARTMENT OF JUSTICE**
         **LITIGATION DIVISION**

1885 N. 3rd St. – 4th Floor
P. O. Box 94005
Baton Rouge, LA  70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
Email Address:  anima-shaunt@ag.state.la.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing *Response to Plaintiff's Request for INTERROGATORIES* (R. doc #16) was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I FURTHER CERTIFY** that a copy of the foregoing was served on the *pro se* plaintiff by depositing same in the United States mail, properly addressed and first class postage prepaid, this 1st March, 2016, as follows:

**Edmond Spencer**
DOC# 253212
Louisiana State Penitentiary
Angola, LA 70712

_____ /S/Tunde M. Animashaun_____
Tunde M. Animashaun