UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND SPENCER (#253212)

VERSUS

WILLIAM ROSSO, ET AL.

CIVIL ACTION

NO. 15-78-JWD-RLB

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued March 8, 2016 to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion for Partial Summary Judgment (R. Doc. 76) is denied as moot, and the Plaintiff's Motion for Summary Judgment (R. Doc. 86) is denied.

**IT IS FURTHER ORDERED** that this matter be referred back to the undersigned for further proceedings as appropriate.

Signed in Baton Rouge, Louisiana, on March 28, 2016.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA