**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EDMOND SPENCER (DOC# 253212)** | **: CIVIL ACTION** |
| **VERSUS** | **: NUMBER: 15-00078-JWD-RLB** |
| | **: JUDGE JOHN W. deGRAVELLES** |
| **WILLIAM ROSSO, ET AL** | **: MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

****************************************************************************

**WARDEN BURL N. CAIN, RESPONSE TO PLAINTIFF'S REQUEST FOR INTERROGATORIES (Rec. doc. 43)**

**NOW INTO COURT**, through undersigned counsel come defendant, Warden N. Burl Cain, who respectfully responds to Plaintiff's Request for Interrogatories as follows:

**REQUEST FOR INTERROGATORY NO. 1:**

State the names of your correctional officers at the Louisiana State Penitentiary (L.S.P.) who have been fired for beating, assaulting, injuring, and/or retaliating against inmates during your time as Warden of L.S.P.

**RESPONSE TO INTERROGATORY NO. 1: After due diligence, I cannot recall the information for this request.**

**REQUEST FOR INTERROGATORY NO. 2:**

State the names of your Correctional Officers at L.S.P. who have been sentenced to prison sentences in both state and have been sentenced to prison sentences in both state and federal prison for beating, assaulting, injuring,, murdering, and/or retaliating against inmates during your time as Warden of L.S.P.

**RESPONSE TO INTERROGATORY NO. 2:** No personal Knowledge


**REQUEST FOR INTERROGATORY NO. 3:**

State the names, titles, and rank of any and all of your Correctional Offices currently employed at L.S.P. that have been charged under either federal or state law for beating, assaulting, injuring, and/or retaliating against inmates during your time as Warden of L.S.P.

**RESPONSE TO INTERROGATORY NO. 3:**     **No personal Knowledge**


**REQUEST FOR INTERROGATORY NO. 4:**

State the names, titles, and rank of any and all of your Correctional Officers that are currently still employed at L.S.P. who are currently serving either state or federal probation time for suspended prison sentences for beating, assaulting, injuring, and/or malfeasance in office involving the mistreatment of inmates, during your time as Warden of L.S.P.

**RESPONSE TO INTERROGATORY NO. 4:**

**No personal Knowledge**


**REQUEST FOR INTERROGATORY NO. 5:**

During your time as Warden of L.S.P., state the names of all inmates who have filed A.R.P grievances, complaints, and/or lawsuits in either federal or state court, against your correctional officers because of being beaten, assaulted, injured, and/or retaliated against by your correctional officers.

**RESPONSE TO INTERROGATORY NO. 5:**   OBJECT as this request is too burdensome. We have codes that are used to screen ARP's (Code 700 – 711) that this request falls under. As of 4/14/2016 there are approximately 7,000 ARP's that falls within the codes. Each input screen would have to be reviewed for this request and due to budget cuts LSP does not have the personnel to handle this request.

**REQUEST FOR INTERROGATORY NO. 6:**

State your reason(s) that you have refused to answer the plaintiff's numerous requests for help which plaintiff made to your after being subjected to excessive use of force, injury, and retaliation by the defendants named in this civil action.

**RESPONSE TO INTERROGATORY NO. 6:**   I have no personal knowledge as the Secretaries for the Warden's office opens the mail and would send it out to the various Departments and Wardens of Main Prison and Out Camps for their response or dispositions.

BURL N. CAIN

**SWORN TO AND SUBSCRIBED** before me, Notary Public, at _____ Parish, Louisiana, and this __21__ day of, __April__, 2016.

Ex-Officio **NOTARY PUBLIC #77912**

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  /s/ Tunde M. Animashaun
**TUNDE M. ANIMASHAUN**
**ASSISTANT ATTORNEY GENERAL**
**Bar Roll # 19287**
**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
1885 N. 3rd St. – 4th Floor
P. O. Box 94005
Baton Rouge, LA  70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
Email Address: anima-shaunt@ag.louisiana.gov.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing *Warden N. Burl Cain Response to Plaintiff's Request for Interrogatories* (R. doc # 43) was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I FURTHER CERTIFY** that a copy of the foregoing was served on the *pro se* plaintiff by depositing same in the United States mail, properly addressed and first class postage prepaid, this  21st day of   April , 2016, as follows:

**Edmond Spencer**
DOC# 253212
Louisiana State Penitentiary
Angola, LA 70712

/S/Tunde M. Animashaun
Tunde M. Animashaun