UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDMOND SPENCER (#253212)** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| **WILLIAM ROSSO, ET AL.** | **NO. 15-78-JWD-RLB** |

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued May 20, 2016 to which an objection was filed:

**IT IS ORDERED** the Defendants' Motion for Summary Judgment (R. Doc. 113) is granted in part, and that the Plaintiff's claims against Defendant Cain for deliberate indifference to his serious medical needs and his requests for declaratory and injunctive relief asserted against Defendant Cain be dismissed.

**IT IS FURTHER ORDERED** that the Defendants' Motion is denied as to the Plaintiff's claims of excessive force and retaliation asserted against Defendants Rosso, Menzina, Richardson, and Zeringue, and this matter referred back to the undersigned for further proceedings.

Signed in Baton Rouge, Louisiana, on June 15, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**