# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

EDMOND SPENCER
(DOC #253212)
              Plaintiff;

VERSUS

WILLIAM ROSSO, ET AL
             Defendants.

CIVIL ACTION NO: 15-078

JUDGE: JOHN W. deGRAVELLES

MAGISTRATE: RICHARD L. BOURGEOIS, JR.

## AFFIDAVIT OF SETTLEMENT EFFORTS

**BEFORE ME,** the undersigned notary public, came and appeared Amy E. Newsom, who after being duly sworn, deposed that:

1. Following the final pretrial conference on February 8, 2018, counsel for each party conferred about settling the case.

2. On February 7, 2018, counsel for Plaintiff made a good faith, written, settlement offer to counsel for Defendants.

3. Settlement discussions have been ongoing, but counsel for Defendant has not conveyed a counteroffer to Plaintiff's counsel.

4. Counsel for Plaintiff is scheduled to meet with Plaintiff on February 19, 2018 at the Louisiana State Penitentiary at Angola to discuss any counteroffer conveyed by defense counsel and/or to prepare for trial.

_Amy E. Newsom_
Amy E. Newsom

**SWORN TO AND SUBSCRIBED** before me, this 15th day of February, 2018.

_Connie M. Easterly_
NOTARY PUBLIC
Printed Name of Notary _Connie M. Easterly_
Notary Identification No. or State Bar Roll No. _26278_