UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDMOND SPENCER (#253212) | CIVIL ACTION |
| VERSUS | |
| WILLIAM ROSSO, ET AL. | NO. 15-0078-JWD-RLB |

**ORDER**

This matter is set for trial beginning on March 19, 2018; however, whether the plaintiff exhausted his administrative remedies with regards to his retaliation claim remains at issue. The judge may resolve disputed facts concerning exhaustion. *See Dillon v. Rogers,* 596 F.3d 260 (5th Cir. 2010). Accordingly,

**IT IS ORDERED** that the defendants shall, by March 9, 2018, file a Motion for Summary Judgment addressing their affirmative defense of failure to exhaust.

**IT IS FURTHER ORDERED** that the plaintiff shall, by March 13, 2018, file an Opposition to the defendants' Motion for Summary Judgment.

Signed in Baton Rouge, Louisiana, on <u>March 7, 2018</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA