# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS



# DISCIPLINARY RULES AND PROCEDURES FOR ADULT OFFENDERS

# 20 August 2013



EXHIBIT
A

USMD 15-00078
SPE000033

# CHAPTER 4

# APPEALS

A request for review of a disciplinary decision must follow these procedures.

1. **Appeals to the Disciplinary Board**

   A. An offender may appeal a case heard by the Disciplinary Officer (Low Court) only to the Disciplinary Board (High Court).

   B. As soon as the ruling is issued, the offender who wants to appeal must clearly say so to the Disciplinary Officer who will then automatically suspend the sanction and schedule the case for the Disciplinary Board.

   C. The appeal hearing before the Disciplinary Board is a full hearing the same as any other hearing conducted by the Board. The Disciplinary Board cannot increase the sanction imposed by the Disciplinary Officer.

   D. The appeal to the Disciplinary Board will be the final appeal in a case heard by the Disciplinary Officer. No other appeals are allowed. The appeal from the Disciplinary Officer to the Disciplinary Board will constitute the final administrative remedy regarding the disciplinary decision. Decisions rendered by the Disciplinary Officer and appealed to the Disciplinary Board may not be appealed to the Warden or to the Secretary.

2. **Appeals to the Warden**

   A. An offender may appeal a case heard by the Disciplinary Board (High Court). All appeal requests on High Court cases shall be to the Warden.

   B. The offender may appeal himself or through Counsel or Counsel Substitute. In any case, the appeal must be received within 15 calendar days of the hearing.

   C. The appeal should be clearly written or typed on the Appeal from the Disciplinary Board (Form B-05-001-D). Form B-05-001-D is available from the offender's classification officer. If the form is not available, the appeal may be on plain paper but should contain the information called for on the form.

   D. The Warden will decide all appeals within 30 calendar days of the date of receipt of the appeal and the offender will be promptly notified in writing of the results (unless circumstances warrant an extension of that time period and the offender is notified accordingly).

USMD 15-00078
SPE000046

E. Lengthy appeals of disciplinary actions will not be accepted into the appeals process. It is necessary for the offender to only provide basic factual information regarding his case. Lengthy appeals will be returned to the offender for summarization. The offender will have five calendar days from receipt to comply with the instructions and resubmit. It is important to remember that abuse of the system impairs the Department's ability to respond to legitimate problems in a timely fashion.

3. **Appeals to the Secretary**

A. An offender may appeal the decision of the Warden to the Secretary and must indicate that he is "not satisfied" in the appropriate box on the Appeal Decision (Form B-05-001-E). The document should then be submitted it to the disciplinary office or designated depository.

B. The offender must submit the form within five calendar days of the date of the receipt of the Warden's decision. No supplement to the appeal will be considered.

C. It is only necessary that the offender check the box indicating, "I am not satisfied," date, sign and forward the form to the appropriate person.

D. An offender who does not file an appeal to the Warden in a timely manner shall relinquish his right to appeal to the Secretary.

E. The offender will receive an acknowledgment of receipt and date forwarded to the Secretary's office.

F. The institution will provide a copy of the offender's original appeal to be attached to the Appeal Decision (Form B-05-001-E) for submission to the Secretary. Form B-05-001-E is available from the offender's classification officer.

G. The Secretary shall only consider appeals of sanctions from decisions of the Warden that resulted in an imposed or suspended sentence of one or more of the following penalties:

1) Forfeiture of good time;

2) A custody change from minimum to medium if it involves transfer to another institution;

3) A custody change to maximum;

4) Failure to earn incentive wages.

PAGE 14

USMD 15-00078
SPE000047

H.  In addition, appeals regarding restitution assessments may be submitted to the Secretary. The appeal of such assessments must be submitted in accordance with procedures outlined in Department Regulation No. B-05-003 "Imposition of Restitution."

I.  The Secretary will decide all appeals within 85 days of the date of receipt of the appeal and the offender will be promptly notified in writing of the results (unless circumstances warrant an extension of that time period and the offender is notified accordingly). Absent unusual circumstances, the Secretary will only consider review of the sanction(s) imposed of an offender who pled guilty.

USMD 15-00078
SPE000048