Edmond Spencer
May 19, 2017

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND SPENCER

(DOC #253212)

VERSUS          CIVIL ACTION NO. 15-078

WILLIAM ROSSO, ET AL

*************************************************

THE TRANSCRIPT OF THE DEPOSITION OF:

EDMOND SPENCER,

TAKEN ON BEHALF OF DEFENDANTS, REPORTED IN THE

ABOVE ENTITLED AND NUMBERED CAUSE, BEFORE DEANA C.

DAUTEL, CERTIFIED COURT REPORTER FOR THE STATE OF

LOUISIANA.

*************************************************

REPORTED AT:

LOUISIANA STATE PENITENTIARY

17455 TUNICA TRACE

ANGOLA, LOUISIANA  70775

COMMENCING AT 10:45 AM ON MAY 19, 2017



Baton Rouge Court Reporters, LLC
225-292-8686



EXHIBIT
B

Edmond Spencer
May 19, 2017

119

They read the charges.  So after they read the charges, what happens?  Are you allowed to make any motions or anything?

A.    Yes.  You can make motions.  You can make a statement and then they tell you to step out.  They make their decision to step back in and they slap you.

Q.    When you say motions, what kind of motions could you make?

A.    I just -- verbal, oral motions, verbal motions.

Q.    Deposition Exhibit I, this September 27, 2014, misdated as 2013 disciplinary report, said you didn't make any motions; is that correct?  You didn't make any?

A.    No.

Q.    Why didn't you make any motions?

A.    Because he already told me what he was going to do.  His mind was made up.

Q.    Now, after you make motions or don't make motions, what happens generally?  Do you leave the room?  Do they make a decision?

A.    No.  You leave the room and they make the decision.

Q.    How long are you outside the room?

Baton Rouge Court Reporters, LLC
225-292-8686

Edmond Spencer
May 19, 2017

120

A.    Just a few seconds.

Q.    Then you come back in, what happened in this case?

A.    They told you what they did, how they voted.

Q.    Is there an appeal process?

A.    Yes.

Q.    Did you appeal this?

A.    Yes, I did.

Q.    What was the result of that appeal?

A.    The warden never answered my appeal.

Q.    When did you move to Camp J?  How soon after September 30, 2014?

A.    I was on the next one out the camp.

Q.    Were you in a boutte?

A.    Yes.

Q.    And correct me if I'm wrong, you said you were there for eight months?

A.    (Nods head affirmatively.)

        MS. NEWSOM:   "Yes"?

A.    Yes.

EXAMINATION BY MS. JORDAN:

Q.    And like the administrative segregation in Camp D, do you also not have a job?

A.    No.

Edmond Spencer
May 19, 2017

136

REPORTER'S CERTIFICATE

I, DEANA C. DAUTEL, Registered Professional Reporter, Certified Court Reporter in and for the State of Louisiana, and as the officer before whom this testimony was taken, do hereby certify that EDMOND SPENCER, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing 135 pages.

I further certify that said testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and supervision and is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the CSR board and that I have been informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services.

I further certify that I have acted in compliance with the prohibition on contractual relationships as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the CSR board.

I further certify that I am not an attorney or counsel for any of the parties, that I am neither related to nor employed by any attorney or counsel connected with this action, and that I have no financial interest in the outcome of this matter.

This certificate is valid only for this transcript accompanied by my original signature and original required seal on this page.

Baton Rouge, Louisiana, this 19th day of June, 2017.

_____
DEANA C. DAUTEL, CCR, RPR
CCR NO. 99006, RPR NO. 53205

Baton Rouge Court Reporters, LLC
225-292-8686