Master Sergeant Trevor Miles
June 7, 2017

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND SPENCER

(DOC #253212)

VERSUS          CIVIL ACTION NO. 15-078

WILLIAM ROSSO, ET AL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THE TRANSCRIPT OF THE DEPOSITION OF:

MASTER SERGEANT TREVOR MILES,

TAKEN ON BEHALF OF DEFENDANTS, REPORTED IN THE

ABOVE ENTITLED AND NUMBERED CAUSE, BEFORE DEANA C.

DAUTEL, CERTIFIED COURT REPORTER FOR THE STATE OF

LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REPORTED AT:

LOUISIANA STATE PENITENTIARY

17455 TUNICA TRACE

ANGOLA, LOUISIANA  70775

COMMENCING AT 11:00 AM ON JUNE 7, 2017



Baton Rouge Court Reporters, LLC
225-292-8686



EXHIBIT
C

Master Sergeant Trevor Miles
June 7, 2017

16

A.    Yes, ma'am.

Q.    Now, do you know what a tier walker is?

A.    Yes, ma'am.

Q.    What is a tier walker?

A.    He's assigned to the tier to monitor, basically, mental health patients that are required to have supervision, I would say, 24/7.

Q.    Do the tier walkers ever work overnight and sleep during the day?

A.    They have some that do.

Q.    That does happen?

A.    Yes, ma'am.

Q.    So what you mentioned earlier when you were talking about Captain Zeringue, was this an instance where you actually woke up Mr. Spencer and -- well, tell me what happened.

A.    Well, I got a call from Captain Zeringue to go and get Spencer and send him to the supervisor's office.  So I went in Falcon 3, I think it was, and I woke him up and told him that the captain wanted to see him in the supervisor's office.

Q.    Do you know what a walk is?

A.    You have Falcon walk, then you have a medium walk right here.  The Falcon walk would be

Master Sergeant Trevor Miles
June 7, 2017

17

from the medium gate up to Falcon Unit.  And it extends out to the Falcon yard.

Q.    So from where you were when you advised Mr. Spencer that Captain Zeringue wanted to see him in the supervisor's office, would he have been -- would the route that he would have taken to get to the supervisor's office involve the Falcon walk?

A.    Yes, ma'am.  I mean, he has to come from the dormitory, down the walk to the medium gate to get here.

Q.    Now, when Captain Zeringue said get Spencer, I want to see him in the supervisor's office, did he tell you why?

A.    No, ma'am.

Q.    Did you see Mr. Spencer leave to go to the supervisor's office?

A.    Yes, ma'am.

Q.    Did you follow him?

A.    No, ma'am.

Q.    So you wouldn't be able to say what occurred in the supervisor's office?

A.    No, ma'am.

Q.    Now, you said earlier, I believe, that Mr. Spencer did not come back; is that correct?

Master Sergeant Trevor Miles
June 7, 2017

18

A.    No, ma'am.

Q.    Well, that was a bad question. Mr. Spencer didn't come back, did he?

A.    No, ma'am.

Q.    How did you find out that Mr. Spencer didn't come back?

A.    I was notified to pack his property and his belongings.

Q.    Who notified you of that?

A.    Captain Zeringue.

Q.    Did he tell you why?

A.    No, ma'am.

Q.    Did he tell you that Mr. Spencer was going to ad seg?

A.    Yes, ma'am.

Q.    Did he tell you why he was going to ad seg?

A.    No, ma'am.

Q.    Have you ever seen the disciplinary report that was prepared by Captain Zeringue --

A.    No, ma'am.

Q.    -- on Mr. Spencer?  I want to take a look at this.  We're going to mark this one as B.  If you will, look down -- first of all, the day of the incident says September 27, 2013, but I

Master Sergeant Trevor Miles
June 7, 2017

30

REPORTER'S CERTIFICATE

I, DEANA C. DAUTEL, Registered Professional Reporter, Certified Court Reporter in and for the State of Louisiana, and as the officer before whom this testimony was taken, do hereby certify that MASTER SERGEANT TREVOR MILES, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing 29 pages.

I further certify that said testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and supervision and is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the CSR board and that I have been informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services.

I further certify that I have acted in compliance with the prohibition on contractual relationships as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the CSR board.

I further certify that I am not an attorney or counsel for any of the parties, that I am neither related to nor employed by any attorney or counsel connected with this action, and that I have no financial interest in the outcome of this matter.

This certificate is valid only for this transcript accompanied by my original signature and original required seal on this page.

Baton Rouge, Louisiana, this 7th day of June, 2017.

_____
DEANA C. DAUTEL, CCR, RPR
CCR NO. 99006, RPR NO. 53205

Baton Rouge Court Reporters, LLC
225-292-8686