UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND SPENCER (# 253212)

VERSUS

WILLIAM ROSSO, ET AL.

CIVIL ACTION

NO. 15-78-JWD-RLB

## JUDGMENT

Considering the jury verdict entered on March 21, 2018 in favor of the Defendants; Judgment is hereby entered against the Plaintiff and in favor of the Defendants, and this matter is dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on March 23, 2018.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA